1
2
3
4
5
6
7
8
9
10
11

George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Patrick Atkinson*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Patrick Atkinson,<br><br>                  Plaintiff,<br><br>          v.<br><br>National Consumer Telecom & Utilities Exchange, Inc. and Clarity Services, Inc.,<br><br>                  Defendants. | Case No.: 2:24-cv-01580<br><br>**Stipulation for dismissal of National Consumer Telecom & Utilities Exchange, Inc. with prejudice.** |

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

        Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Patrick Atkinson and National Consumer Telecom & Utilities Exchange, Inc. stipulate to dismiss Plaintiff's claims against National Consumer Telecom & Utilities Exchange, Inc. with prejudice.

///
///
///
///
///
///

_____

STIPULATION                          - 1 -

1  Each party will bear its own costs, disbursements, and attorney fees.

2  Dated: November 25, 2024.

3

4  **FREEDOM LAW FIRM**

5  /s/ *George Haines*
   George Haines, Esq.
6  Gerardo Avalos, Esq.
7  8985 S. Eastern Ave., Suite 100
   Las Vegas, Nevada 89123
8  *Counsel for Plaintiff Patrick Atkinson*

9

10 **CLARK HILL PLLC**

11 /s/ *Gia N. Marina*
   Gia N. Marina, Esq.
12 Clark Hill PLLC
13 1700 S. Pavilion Center Drive, Suite 500
14 Las Vegas, NV 89135
   *Counsel for National Consumer Telecom & Utilities Exchange, Inc.*
15

16                              IT IS SO ORDERED:

17

18                              _____
                               UNITES STATES DISTRICT JUDGE
19

20                              DATED:___December 2, 2024_____

21

22

23

24

25

26

27

_____

STIPULATION                    - 2 -